**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION**

| | |
|---|---|
| LAWANDA BELL, | Civil No. 08-955 DWF/AJB |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| PFIZER, INC., ET AL., | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned hereby recuses himself in this matter.  Motions currently pending are hereby stricken from the calendar and may be rescheduled before the reassigned Magistrate Judge.

Dated:  April 7, 2008                                s/ Arthur J. Boylan
                                                                ARTHUR J. BOYLAN
                                                                United States Magistrate Judge