# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LAWANDA BELL,** | Case No.: 08-CV-00955-DWF/AJB |
| **Plaintiff,** | |
| v. | |
| **PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, and MONSANTO COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Defendants.** | **Jury Trial Demanded** |

I hereby certify that on April 30, 2008, I caused the following documents:

1. **ANSWER AND JURY TRIAL DEMAND**

2. **RULE 7.1 STATEMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Ted G Meadows**
ted.meadows@beasleyallen.com,katie.tucker@beasleyallen.com,chad.cook@beasleyallen.com,amy.brown@beasleyallen.com,nancy.dismukes@beasleyallen

I further certify that the above documents were served conventionally, via, U. S. Mail and/or overnight mail, to the following attorneys for Plaintiff:

**No Manuel Recipients**

Dated:  April 30, 2008.

FAEGRE & BENSON LLP

*/s/ Joseph M. Price*
Joseph M. Price, # 88201
Erin M. Verneris # 0335174
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
T (612) 766-7000
F (612) 766-1600

fb.us.2830601.01

*Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC*