# U.S. District Court
## District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:08–cv–00955–DWF–SRN

Bell v. Pfizer, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Donovan W. Frank
Referred to: Magistrate Judge Susan R. Nelson
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 04/04/2008
Date Terminated: 05/20/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lawanda Bell**  represented by  **Ted G Meadows**
Beasley Allen Crow Methvin Portis &Miles, PC
PO Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: ted.meadows@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**  represented by  **Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**  represented by  **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D Searle &Co**     represented by   **Erin M Verneris**
*formerly known as*    (See above for address)
G.D. Searle &Co.    *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

   **Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2008 | Ï 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 40022404.) assigned to Judge Donovan W Frank per Master List referred to Magistrate Judge Arthur J Boylan., filed by Lawanda Bell. (Attachments: # 1 Civil Cover Sheet) (jdf) (Entered: 04/04/2008) |
| 04/04/2008 | Ï | Summons Issued as to Pfizer, Inc., Pharmacia Corporation, G.D Searle &Co, Monsanto Company. (jdf) (Entered: 04/04/2008) |
| 04/07/2008 | Ï 2 | ORDER OF RECUSAL. Magistrate Judge Arthur J. Boylan recused. Case reassigned to Magistrate Judge Susan R. Nelson for all further proceedings. The new case number is 08cv955 DWF/SRN. Signed by Magistrate Judge Arthur J. Boylan on 4/7/08. (JME) (Entered: 04/07/2008) |
| 04/30/2008 | Ï 3 | ANSWER to Complaint by Pfizer, Inc., Pharmacia Corporation, G.D Searle &Co. (Price, Joseph) (Entered: 04/30/2008) |
| 04/30/2008 | Ï 4 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc., Pharmacia Corporation, G.D Searle &Co that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 04/30/2008) |
| 04/30/2008 | Ï 5 | CERTIFICATE OF SERVICE by Pfizer, Inc., Pharmacia Corporation, G.D Searle &Co re 4 Rule 7.1 – Disclosure Statement, 3 Answer to Complaint (Price, Joseph) (Entered: 04/30/2008) |
| 05/12/2008 | Ï 6 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–101), transferring case to the Northern District of California per MDL Panel for coordinated and consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer.(LPH) (Entered: 05/12/2008) |
| 05/12/2008 | Ï | NOTICE: Case has been transferred/extracted to the Northern District of California. (LPH) (Entered: 05/12/2008) |